IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HAYNES,

    Plaintiff,

v.                                        CASE NOS. 1:07-cv-00068-MP-AK
                                                        1:07-cv-00072-MP-AK
                                                        1:07-cv-00073-MP-AK
                                                        1:07-cv-00075-MP-AK
                                                        1:07-cv-00087-MP-AK
                                                        1:07-cv-00088-MP-AK

UNION CORRECTIONAL
INSTITUTION, et al.,

    Defendants.

_____/

**O R D E R**

      This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Thursday, May 10, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

      The Court agrees with the Magistrate that because the parties and this case have no connection whatsoever to the Northern District of Florida, and because the events giving rise to this action occurred in Union Correctional Institution and the Florida State Prison, the proper

forum for this action is the United States District Court for the Middle District of Florida, Jacksonville Division. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order;

2. The Clerk is directed to transfer case numbers 1:07-cv-00068; 1:07-cv-00072;1:07-cv-00073;1:07-cv-00075;1:07-cv-00087; and 1:07-cv-00088 to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this  *12th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:07-cv-00068*